**Order entered September 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00618-CV

### CHARLES MITCHELL, Appellant

### V.

### RUTH HOUSTON, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14792**

## ORDER

We **GRANT** the September 6, 2013 motion of Antionette Reagor, Official Court Reporter for the 68th Judicial District Court of Dallas County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed on or before October 7, 2013.

/s/     DAVID LEWIS
          JUSTICE